AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Nelson Omar ALFARO-Orellana<br><br>*Defendant(s)* | Case No: 24-983 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of July 12, 2024 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport), an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On July 12, 2024, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of El Salvador without authorization to enter or remain in the United States. Record checks revealed that the Defendant had been previously deported to El Salvador via Alexandria, Louisiana on or about August 26, 2022. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

David D. Kraft, Agent
*Printed name and title*

Sworn to before me via telephone.

Date: July 13, 2024

*Judge's signature*

City and state: Las Cruces, N.M.

Gregory B. Wormuth, Chief U.S. Magistrate Judge
*Printed name and title*

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
JUL 15 2024
MITCHELL R. ELFERS
CLERK OF COURT